FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Lucretia Anderson**                                                      Case No.
                                            Debtor(s)                              Chapter  **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Lucretia Anderson** | S.S.# **xxx-xx-1935** |
| | (W) | S.S.# |
| ADDRESS: | **1407 Leflore** | |
| | **Memphis, TN 38106** | |
| PLAN PAYMENT: | Debtor(s) to pay $ 400.00 | (weekly, every two weeks, semi-monthly, monthly) |
| PAYROLL DEDUCTION: | NO                OR (X) DIRECT PAY | |
| | BECAUSE: *Direct Pay- Due to Nature of Debtors Employment | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

|  |  | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
|  | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**Carrington Mortgage Service (1407 Leflore, Memphis, TN)**

| | | | | | |
|---|---|---|---|---|---|
| Ongoing pmt. Begin | **July 1, 2014** | | | | $ **525.00** |
| Approx. arrearage | **6,270.55** | Interest | **0.00** | % | $ **105.00** |

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **City of Memphis Credit Union** | $ 7,000.00 | 5.25 % | $ **130.00** |
| **Shelby County Trustee** | $ 147.77 | 12.00 % | $ **4.00** |

UNSECURED CREDITORS:   Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  **$15,313.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:   **ALLEN C. JONES**
**Allen C. Jones**
**314 Poplar Avenue**
**Memphis, TN 38103**
**901-522-9316**